IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN WITHERSPOON | : | CIVIL ACTION |
|     Petitioner | : | |
| v. | : | |
| | : | |
| SOBINA, et al. | : | NO. 10-1448 |
|     Respondents | : | |

## O R D E R

On November 16, 2010, this Court approved and adopted United States Magistrate Judge Arnold C. Rapoport's October 28, 2010, Report and Recommendation with regard to Petitioner's writ of habeas corpus in the above-captioned matter. The next day, November 17, 2010, this Court received Petitioner's Objections to the Report and Recommendations of Magistrate Judge Rapoport. (Doc. No. 14). AND NOW, this 19th day of November, 2010, upon careful and independent consideration of Petitioner's objections, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DENIED with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.